IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES SAMUEL JOHNSON, JR.                                                      PLAINTIFF

v.                                    Civil No. 4:16-CV-04109-SOH-JRM

CORPORAL TEFT, *et. al.*                                                          DEFENDANTS

## ORDER

Plaintiff, Charles Samuel Johnson, Jr, submitted this *pro se* action for filing on November 10, 2016. (Doc. 1) Currently before the Court are Plaintiff's Motions to Supplement his Complaint (Docs. 12, 13 )

Plaintiff does not seek to add new issues or parties to the Complaint. Instead, he seeks to clarify what he is seeking for relief. Defendants have not objected to the Supplements. Accordingly, Plaintiff's Motions to Supplement (Docs. 12, 13) are hereby **GRANTED.** The Clerk is **DIRECTED** to re-file Plaintiff's Motions to Supplement as Supplements to his Complaint.

IT IS SO ORDERED this 16th day of August, 2017.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE